UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

LARRY P. RAYMER,

        Petitioner,

v.　　　　　　　　　　　　　**ORDER**
　　　　　　　　　　　　　　Civil File No. 08-5198 (MJD/JJG)

M. CRUZ,

        Respondent.
_____

Larry P. Raymer, pro se.

Chad A. Blumenfield and Gregory G. Brooker, United States Attorney's Office, Counsel for Respondent.
_____

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated May 29, 2009 [Docket No. 18]. Petitioner Larry P. Raymer has filed objections to the Report and Recommendation.

    Pursuant to statute, the Court has conducted a <u>de novo</u> review of the

1

record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated May 29, 2009.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated May 29, 2009 [Docket No. 18].

2. Petitioner's Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED**.

3. Petitioner's Motion for a Supplemental Reply [Docket No. 17] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: July 2, 2009                  s/ Michael J. Davis
                                                   Michael J. Davis
                                                   Chief Judge
                                                   United States District Court